AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of:
Computer Data Servers of
YAHOO! in YAHOO!
account identified as

           COM

CASE NUMBER:

**07-067-M-01**

## SEARCH WARRANT

TO: Special Agent Timothy Ervin of the Federal Bureau of Investigation and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Timothy Ervin of the Federal Bureau of Investigation who has reason to believe that there is contained in the computer data servers of YAHOO! in YAHOO! account identified as
(name, description and or location)

there is _now concealed_ a certain person or property, namely any and all information for Yahoo! ID ʌl, to include all subscriber information, such as name and address, date of birth, gender, date account created, account status, Yahoo! e-mail address, alternate e-mail address, registration from IP, date ID registered, and log-in IP addresses associated with session times and dates . For the subscriber identified above, that is the contents of any and all e-mails stored in the subscriber's Yahoo! account.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___MAR 1 ☰ 2007___
                                                                         (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 28 2007  9:45
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE

at Washington, D.C.

Name and Title of Judicial Officer

Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>2/28/07 | DATE AND TIME WARRANT EXECUTED<br>2/28/07 10:08AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>N/A |
| INVENTORY MADE IN THE PRESENCE OF<br>N/A | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. The user profile for _____ produced by the Yahoo! Account Management Tool.

2. The dates, times and Internet Protocol addresses for log-in attempts for _____ to the extent available from the Yahoo! system.

3. A snapshot of the e-mail account contents maintained in _____.com, including any snapshots taken as a result of a request for preservation pursuant to 18 U.S.C. 2703(f).

FILED

MAR 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    03/09/07
U.S. Judge or Magistrate           Date